# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| NINA SMITH, *individually and on behalf of all others similarly situated*,<br><br>               Plaintiff,<br>    v.<br><br>HSN, INC., *et al.*,<br>               Defendants. | Civil Action No. 20-12869 (JXN) (ESK)<br><br>**ORDER** |

**NEALS**, District Judge

      Before this Court is the Report and Recommendation ("R&R") entered on October 12, 2021, by Magistrate Judge Edward S. Kiel (ECF No. 48), recommending this Court deny Plaintiff Nina Smith's ("Plaintiff") second motion to remand, (ECF No. 35). Plaintiff filed a timely objection to the R&R (ECF No. 49), and Defendants HSN, Inc., Ingenious Designs, LLC, and Joy Mangano (collectively, the "HSN Defendants") filed a response to Plaintiff's objection, (ECF No. 50). The Court has carefully considered the reasons set forth R&R, the parties' submissions and decides the matter without oral argument under Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1(b). For the reasons stated in the accompanying Opinion,

      **IT IS** on this  18th   day of August, 2022,

      **ORDERED** that Magistrate Judge Kiel's Order of October 12, 2021, (ECF No. 48), is **ADOPTED** in full; and it is further

      **ORDERED** that Plaintiff's Motion to Remand to the Superior Court of New Jersey, Law Division, Middlesex County (ECF No. 35), is **DENIED**.

                                                                              **JULIEN XAVIER NEALS**
                                                                       **United States District Judge**